PD-1575-15

# *SUPREME COURT*

# *OF*

# *TEXAS*

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

**Mr. Tristan Omarr Armstrong**

\*\*\*

**01-14-00560-CR**

**2013-CR-5695**
\*\*\*

*Petition for Discretionary Review*

*Court of Criminal Appeals*

*P.O. Box 12308*

*Austin, Texas 78711*

FILED IN
COURT OF CRIMINAL APPEALS

December 4, 2015

ABEL ACOSTA, CLERK

...costa, Clerk

To whom this may concern:

I, Mr. Tristan Omarr Armstrong, am requesting an extension in regards to a petition for discretionary review (Tex. App. Rule 10.5 b) on this day November 30, 2015. Thank you for your patience regarding this matter.

Mr. Tristan Omarr Armstrong
(210) 284-9844